# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| Rebecca Blackett,<br><br>  Plaintiff-Appellant,<br><br>v.<br><br>Brainstorm, Inc.,<br><br>  Defendant-Appellee. | Case No. 24-4044 |

  Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of Defendant-Appellee BrainStorm, Inc. certifies[1] as follows:

    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

  X  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

<u>May 2, 2024</u>
Date

<u>*/s/ Matthew M. Durham*</u>
Matthew M. Durham (UT #6214)
durham.matthew@dorsey.com
Andrew T. James (UT #19154)
james.andrew@dorsey.com
DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100
Salt Lake City, Utah 84111

*Attorneys for Defendant-Appellee BrainStorm, Inc.*

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement will be promptly updated if any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

        On _____ I sent a copy of this Disclosure Statement

[date]

_____

[name of party]

at_____,

[address]

the last known address/email address, by

_____.

[method of service]

<u>May 2, 2024</u>
Date

<u>/s/ Matthew M. Durham</u>